IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) 8:04CR337 |
| Plaintiff, | ) |
| | ) ORDER FOR WRIT OF |
| vs. | ) HABEAS CORPUS AD PROSEQUENDUM |
| | ) |
| TAMARA SHEFFIELD, | ) |
| | ) |
| Defendant. | ) |

IT IS ORDERED that a Writ of Habeas Corpus Ad Prosequendum be issued as requested and the motion for writ (Filing No. 143) be granted.

DATED this 9th day of January, 2008.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge