IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:04CR337 |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | JUDGMENT |
| TAMARA SHEFFIELD, | ) ) ) | |
| Defendant. | ) ) | |

In accordance with the accompanying Memorandum and Order,

IT IS ORDERED:

1. The Court has completed the initial review of the Defendant's Motions Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence (Filing Nos. 158, 160);

2. Upon initial review, the Court summarily denies the Defendant's claims raised in the § 2255 motions, and the motions (Filing Nos. 158, 160) are summarily denied; and

3. The Clerk is directed to mail a copy of this Judgment to the Defendant at her last known address.

DATED this 6th day of March, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge